Argued October 25, affirmed October 25, 1972

STATE OF OREGON, *Respondent, v.* CHARLES
CLIFFORD MOSS (No. 72-02-0442 Cr), *Appellant.*

501 P2d 1300

*Robert C. Cannon,* Deputy Public Defender, Sa-
lem, argued the cause for appellant. With him on the
brief were Gary D. Babcock, Public Defender, and J.
Marvin Kuhn, Deputy Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.